**Opinion issued September 4, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-12-00673-CV

_____

**ATISHA MENYWEATHER, Appellant**

**V.**

**TRACEY DONALD WHITEHEAD II, Appellee**

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Case No. 2005-58611**

**MEMORANDUM OPINION**

Appellant, Atisha Menyweather, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b)

(allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.